No. 239. HIRAM T. CHAPMAN, PLAINTIFF IN ERROR, *v.* FLORENCE ELLIOTT CHAPMAN. In error to the Supreme Court of the State of Nebraska. Motion to dismiss submitted De-

cember 10, 1906. Decided December 17, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Haseltine* v. *Central Bank,* 183 U. S. 130; *Schlosser* v. *Hemphill,* 198 U. S. 173. *Mr. William E. Gantt* and *Mr. Herbert L. Baker* for plaintiff in error. *Mr. E. F. Colladay, Mr. J. W. Woodrough* and *Mr. W. F. Gurley* for defendant in error.